UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 172.100.162.110,<br><br>                Defendant. | Civil Action No. 3:22-cv-00183-NAM-ATB |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice.</u> John Doe was assigned the IP address 172.100.162.110. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: September 26, 2022

Respectfully submitted,

Date: September 28, 2022

IT IS SO ORDERED.

*[signature]*
Norman A. Mordue
Senior U.S. District Judge

By:   /s/ *Jacqueline M. James*
      Jacqueline M. James, Esq. (#1845)
      The James Law Firm, PLLC
      445 Hamilton Avenue, Suite 1102
      White Plains, New York 10601
      T: 914-358-6423
      F: 914-358-6424
      E-mail: jjames@jacquelinejameslaw.com
      *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Jacqueline M. James*
Jacqueline M. James, Esq.